IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-54-BO-BM

| | | |
|---|---|---|
| EDWARD SKINNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RATPDev USA, | ) | |
| | ) | |
| Defendant. | ) | |

This *pro se* case is before the court on the motion by plaintiff Edward Skinner ("plaintiff") for status conference [DE-6]. Plaintiff appears to have filed his motion to ascertain the status of his then-pending motion for leave to proceed *in forma pauperis* [DE-2]. In light of the court's ruling, by separate order, on his motion for leave to proceed *in forma pauperis*, plaintiff's motion for status conference [DE-6] is DENIED AS MOOT.

SO ORDERED, this 7th day of May, 2025.

_____
Brian S. Meyers
United States Magistrate Judge